IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE HERNANDEZ FLORES, *Petitioner*, | § | |
| v. | § | No. 1:26-CV-02170-DAE |
| WARDEN, T. DON HUTTO DETENTION CENTER, *et al*., *Respondents*. | § | |

ORDER

On August 31, 2026, the Court entered an order granting Petitioner's Habeas Petition. (Dkt. # 9.) That Order was filed in error and is hereby WITHDRAWN. (Dkt. # 9.)

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, August 31, 2026.

______________________________
David Alan Ezra
Senior United States District Judge